# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1016**　　　　　　　　　　　　　　　　　　**September Term, 2023**

**FCC-86FR994**

**Filed On: June 7, 2024** [2058507]

California Public Utilities Commission,

　　　　Petitioner

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents

------------------------------

National Association of Regulatory Utility
Commissioners, et al.,
　　　　Intervenors

## O R D E R

　　Upon consideration of the motions to govern future proceedings, it is

　　**ORDERED** that this case remain in abeyance pending further order of the court. The Federal Communications Commission is directed to file status reports by September 5, 2024 and at 90-day intervals thereafter. The parties are directed to file motions to govern future proceedings within 30 days of the completion of the litigation concerning the 2024 Open Internet Order.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Catherine J. Lavender
　　　　　　　　　　　　　　　　　　　　Deputy Clerk