No. 21-1016

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CALIFORNIA PUBLIC UTILITIES COMMISSION,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Order of
the Federal Communications Commission

## STATUS REPORT

The Federal Communications Commission submits this status report pursuant to the Court's order of June 7, 2024, holding this case in abeyance pending the completion of litigation concerning the *2024 Open Internet Order*. Review of that *2024 Order* is currently pending before the Sixth Circuit, with oral argument scheduled for October 31, 2024. *See In re MCP No. 184: Open Internet Rule*, Nos. 24-7000 *et al.* (6th Cir.). As this Court has directed, the FCC will continue to file status reports at

90-day intervals and will promptly notify the Court upon completion of the litigation concerning the *2024 Order*.

Dated: September 5, 2024        Respectfully submitted,

/s/  *Scott M. Noveck*

P. Michele Ellison
   *General Counsel*

Jacob M. Lewis
   *Deputy General Counsel*

Scott M. Noveck
   *Counsel*

FEDERAL COMMUNICATIONS
   COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov