# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALIFORNIA PUBLIC UTILITIES COMMISSION,<br><br>      Petitioner,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and the UNITED STATES OF AMERICA,<br><br>      Respondents. | Case No. 21-1016<br>Stipulation of Voluntary Dismissal Pursuant to F.R.A.P. 42(b) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)(1)

IT IS HEREBY STIPULATED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1).

Each party shall bear its own costs.

Dated: September 5, 2025          Respectfully submitted,

/s/     *Kimberly J. Lippi*
KIMBERLY J. LIPPI

CHRISTINE J. HAMMOND
*General Counsel*
JONATHAN C. KOLTZ
*Assistant General Counsel*
KIMBERLY J. LIPPI
*Counsel*

CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-5822
kimberly.lippi@cpuc.ca.gov

*Counsel for Petitioner California Public Utilities Commission*


/s/     *Scott M. Noveck*
SCOTT M. NOVECK

BRADLEY CRAIGMYLE
*Deputy General Counsel*
JACOB M. LEWIS
*Associate General Counsel*
SCOTT M. NOVECK
*Counsel*

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, D.C. 20554
Telephone: (202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal Communications Commission*

/s/     *Nickolai G. Levin*
NICKOLAI G. LEVIN

NICKOLAI G. LEVIN
*Attorney*

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2886
nickolai.levin@usdoj.gov

*Counsel for Respondent United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, the foregoing Stipulation of Voluntary Dismissal was filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

/s/ KIMBERLY J. LIPPI
Kimberly J. Lippi